**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1451

RALPH JAFFE,

           Plaintiff – Appellant,

      v.

BALTIMORE COUNTY LIBRARY BOARD,

           Defendant – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:08-cv-01437-RDB)

Submitted: August 26, 2009        Decided: September 1, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Ralph Jaffe, Appellant Pro Se.   James Joseph Nolan, Jr.,
BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Jaffe appeals the district court's order granting the Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jaffe v. Baltimore County Library Bd., No. 1:08-cv-01437-RDB (D. Md. March 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED